IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDOLFO ORTEGA, JR.,

      Plaintiff,                          No. 2:11-cv-3391 KJN P

   vs.

ARAMARK, et al.,

      Defendants.                        ORDER

_____/

      Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).  By order filed March 30, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED:  May 22, 2012

                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

orte3391.fta